UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THEODORE SHELDON,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN QUENTIN STAFF, et al.,<br><br>   Defendants. | Case No.  24-cv-02627-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On April 19, 2024, Plaintiff Jeffrey Theodore Sheldon, a state prisoner currently incarcerated at the Richard J. Donovan Correctional Facility, filed a prisoner complaint under 42 U.S.C. § 1983 with the United States District Court for the Southern District of California, representing himself.  Dkt. 1.  On May 2, 2024, the case was transferred to this district.  Dkt. 5, 6.  On that same date, the Clerk of the Court sent a notice to Sheldon, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application.  The Clerk provided Sheldon with a blank IFP application form, along with a return envelope, instructions, and a notification that he must either pay the fee or return the completed IFP application within twenty-eight days, or his action would be dismissed.  *Id.*  More than twenty-eight days have passed, and Sheldon has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall terminate all pending motions and close the file.  Any motion to reopen must contain either the full filing fee or a complete IFP application.

IT IS SO ORDERED.

Dated: June 18, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**